UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

THE NEW YORK TIMES COMPANY
and CHARLIE SAVAGE

                         Plaintiffs,

    - against -

UNITED STATES DEPARTMENT OF JUSTICE,

                         Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/17

No. 17 Civ. 1946 (PKC)

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of the Court and All Parties of Record:

PLEASE TAKE NOTICE THAT, as of September 18, 2017, Ian MacDougall is no longer with the Legal Department of The New York Times Company and hereby withdraws his appearance as counsel for Plaintiffs The New York Times Company and Charlie Savage in the above-captioned litigation and requests that his name be removed from the Court's and the parties' service lists. David E. McCraw continues to serve as Lead Counsel for Plaintiffs, and all future correspondence and papers in this action should continue to be directed to him.

Dated: New York, New York
       October 4, 2017

David E. McCraw, Esq.
The New York Times Company
Legal Department
620 Eighth Avenue
New York, NY 10018
Phone: (212) 556-4031
Facsimile: (212) 556-1009
Email: mccrad@nytimes.com

*Application for Ian MacDougall to withdraw is granted.*

**SO ORDERED** this 6th day of October, 2017.

_____, USDJ