

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 7, 2018

**<u>BY ECF</u>**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

     Re: *New York Times Co. v. U.S. Dep't of Justice*,
       No. 17 Civ. 1946 (PKC)

Dear Judge Castel:

  We write respectfully on behalf of the parties in the above-referenced matter in order to provide a joint status report, pursuant to the Court's Order dated March 29, 2018 (Dkt. No. 26). Since the parties' last status report (Dkt. No. 25), the Government processed and provided a FOIA response regarding 126 items that Plaintiffs selected from the index of responsive documents remaining to be processed, which pertained to a memorandum opinion dated January 20, 2017, regarding the "Application of the Anti-Nepotism Statute to a Presidential Appointment in the White House Office."

  After this response, the parties conferred and have reached additional agreements. Pursuant to these agreements, the parties jointly and respectfully request the Court's endorsement of the following:

(1) By July 23, 2018, the Government will process and provide a FOIA response regarding 612 items identified by Plaintiffs from the index, which relate to energy and the environment.

(2) Following the Government's provision of this response, the parties will promptly confer and will submit a further status report to the Court no later than August 3, 2018.

  Furthermore, the parties note that a court conference is scheduled in this matter for **June 1, 2018, at 11 a.m.** (Dkt. No. 26). Given the parties' agreements and the continuing progress of the case, as reflected herein, the parties jointly and respectfully request that the June 1, 2018 conference be adjourned to a date subsequent to August 3,

Hon. P. Kevin Castel
May 7, 2018
Page 2

2018.  However, the parties will be happy to appear on June 1, 2018, if the Court wishes the conference to proceed on that date.

  We thank the Court for its consideration of this matter.

            Respectfully,
            GEOFFREY S. BERMAN
            United States Attorney

       By: */s/ Rebecca S. Tinio*
            REBECCA S. TINIO
            BENJAMIN H. TORRANCE
            Assistant United States Attorneys
            86 Chambers Street, 3rd Floor
            New York, New York 10007
            Tel. (212) 637-2774/2703
            Fax (212) 637-2702

cc (via ECF): All counsel of record