UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE NEW YORK TIMES COMPANY
and CHARLIE SAVAGE,

        Plaintiffs,

    v.

UNITED STATES DEPARTMENT OF
JUSTICE,

        Defendant.
-----------------------------------------------------------x

STIPULATION OF VOLUNTARY
DISMISSAL

17 Civ. 1946 (PKC)

WHEREAS, on or about March 16, 2017, Plaintiffs The New York Times Company and Charlie Savage ("Plaintiffs") filed a complaint in the above-captioned matter (the "Complaint");

WHEREAS, the Complaint alleges claims against the United States Department of Justice arising under the Freedom of Information Act ("FOIA");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties and their counsel, that:

1.     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss all claims against the United States Department of Justice, without costs or attorneys' fees to either the Plaintiffs or Defendant the United States Department of Justice; and

2.     This Stipulation may be signed in counterparts.

Dated: July 30, 2018
      New York, New York

DAVID E. MCCRAW, ESQ.
Attorney for the Plaintiffs

_/s/ David E. McCraw_

By: DAVID E. MCCRAW, ESQ.
Legal Department
The New York Times Company
620 8th Avenue, 18th Floor
New York, NY 10018
Phone: (212) 556-4031
Fax: (212) 556-1009
Email: mccrad@nytimes.com

Dated: July 30, 2018
      New York, New York

GEOFFREY S. BERMAN
United States Attorney for the Southern
District of New York
Attorney for Defendant the United States
Department of Justice

_/s/ Rebecca S. Tinio_

By: REBECCA S. TINIO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2774
Fax: (212) 637-2702
Email: rebecca.tinio@usdoj.gov